**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
CARLOS LEE SANCHEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>CARLOS LEE SANCHEZ, )<br>)<br>DEFENDANT. )<br>_____) | CR.-S-04-205-GEB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS OF ALLEGED VIOLATION TO FRIDAY, NOVEMBER 20, 2009 |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Mary Grad and defendant, Mr. Carlos Lee Sanchez, Jr., by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, October 16, 2009, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be continued to **Friday, November 20, 2009, at 9:00 a.m..**

    The Court's courtroom relief deputy, Ms. Casey Schultz, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Friday, November 20, 2009. In addition, probation officer, Ms. Cynthia Mazzei, was contacted to ensure her consent to and availability for that date, and she consented to the continuance and is available on that date.

1

The defendant is out of custody under supervision.

The continuance is requested and needed for the defense to do investigation and review the material in this matter. There is no speedy trial act requirement for exclusion of time, however, the defendant does agree and consent to this continuance after being informed by telephone conference of the case, circumstances and his legal rights.

Respectfully submitted,
LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

DATED: 10-14-09

/s/ Mary Grad by in person authorization
_____
Mary Grad
ASSISTANT UNITED STATE ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 10-14-09

/s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Carlos Sanchez

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  October 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2