1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E mail: jaygreiner@midtown.net

6  ATTORNEY FOR DEFENDANT
   CARLOS LEE SANCHEZ

9           IN THE UNITED STATES DISTRICT COURT FOR THE
10                  EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.-S-04-205-GEB |
|---|---|---|
| PLAINTIFF, | ) | STIPULATION AND |
| v. | ) | ORDER TO CONTINUE STATUS OF ALLEGED VIOLATION TO |
| CARLOS LEE SANCHEZ, | ) | FRIDAY, JANUARY 29, 2010 |
| DEFENDANT. | ) | |

   Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Mary Grad and defendant, Mr. Carlos Lee Sanchez, Jr., by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, November 20, 2009, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be continued to **Friday, January 29, 2010, at 9:00 a.m..**

   The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Friday, January 29, 2010. In addition, probation officer, Ms. Cynthia Mazzei, was contacted and involved in the decision regarding the stipulation to ensure her consent to and availability for that date, and she consented to the continuance and is available

1

1  on that date.

2      The defendant is out of custody under supervision, and consents to the
3  continuance.

4      The continuance is requested for several reasons: 1-the defense is doing on
5  going  investigation; 2- the defense is continuing to review the material in this matter
6  and 3- the defendant has a State Court Trial on the very issues of the filed Petition in
7  this Court and the result of the trial in State Court will be of assistance in helping to
8  resolve this matter and by allowing the State Court trial to proceed first it will be a
9  cost savings to both the government and this Court. There is no speedy trial act
10 requirement for exclusion of time, however, the defendant does agree and consent to
11 this continuance after being informed by telephone conference of the case,
12 circumstances and his legal rights.

13

14                                          Respectfully submitted,
                                         BENJAMIN B. WAGNER
15                                          UNITED STATES ATTORNEY

16                                          /s/ Mary Grad by e mail authorization
  DATED: 11-18-09                 _____
17                                          Mary Grad
                                         ASSISTANT UNITED STATES ATTORNEY
18                                          ATTORNEY FOR THE PLAINTIFF

19
  DATED: 11-18-09                 /s/ James R. Greiner
20                                          _____
                                         James R. Greiner
21                                          Attorney for Defendant
                                         Carlos Sanchez
22

23 ///
  ///
24 ///

25

26

27

28
                                    2

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: November 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge