1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E mail: jaygreiner@midtown.net

6  ATTORNEY FOR DEFENDANT
   CARLOS LEE SANCHEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR.-S-04-205-GEB |
|---|---|
| PLAINTIFF, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS OF ALLEGED VIOLATION TO FRIDAY, OCTOBER 1, 2010 |
| v. | |
| CARLOS LEE SANCHEZ, | |
| DEFENDANT. | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Mary Grad and defendant, Mr. Carlos Lee Sanchez, Jr., by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, June 4, 2010, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be continued to **Friday, October 1, 2010, at 9:00 a.m..**

The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for that date and the Court is available on **Friday, October 1, 2010.**

In addition, probation officer, Ms. Cynthia Mazzei, was contacted and involved in the decision regarding the stipulation to ensure her consent to and

1

1 availability for that date, and she consented to the continuance and is available on that
2 date.
3    The defendant is out of custody under supervision, and consents to the
4 continuance.
5    The continuance is requested for several reasons: 1-the defense is doing on
6 going investigation; 2- the defense is continuing to review the material in this matter
7 and 3- the defendant has a State Court Trial on the very issues of the filed Petition in
8 this Court and the result of the trial in State Court will be of assistance in helping to
9 resolve this matter and by allowing the State Court trial to proceed first it will be a
10 cost savings to both the government and this Court. There is no speedy trial act
11 requirement for exclusion of time, however, the defendant does agree and consent to
12 this continuance after being informed by telephone conference of the case,
13 circumstances and his legal rights.

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 6-2-10

/s/ Mary Grad by e mail authorization
_____
Mary Grad
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 6-2-10

/s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Carlos Sanchez

///
///
///

2

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: June 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge