**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
CARLOS LEE SANCHEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> CARLOS LEE SANCHEZ, ) <br> ) <br> DEFENDANT. ) <br> _____ ) | CR.-S-04-205-GEB <br><br> STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS OF ALLEGED VIOLATION TO FRIDAY, JANUARY 28, 2011 |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Mary Grad and defendant, Mr. Carlos Lee Sanchez, Jr., by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, October 8, 2010, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be continued to **Friday, January 28, 2011, at 9:00 a.m..**

    The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for that date and the Court is available on **Friday, January 28, 2011.**

    In addition, probation officer, Ms. Cynthia Mazzei, was contacted and involved in the decision regarding the stipulation to ensure her consent to and

1

1 availability for that date, and she consented to the continuance and is available on that
2 date.
3 　　　The defendant is out of custody under supervision,  and consents to the
4 continuance.
5 　　　The continuance is requested for several reasons: 1-the defense is doing on
6 going  investigation; 2- the defense is continuing to review the material in this matter
7 and 3- the defendant has a State Court Trial on the very issues of the filed Petition in
8 this Court and the result of the trial in State Court will be of assistance in helping to
9 resolve this matter and by allowing the State Court trial to proceed first it will be a
10 cost savings to both the government and this Court. There is no speedy trial act
11 requirement for exclusion of time, however, the defendant does agree and consent to
12 this continuance after being informed by telephone conference of the case,
13 circumstances and his legal rights.
14
15 　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
16 　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY
17 　　　　　　　　　　　　　　　　　/s/ Mary Grad by e mail authorization
　　DATED: 10-6-10
18 　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Mary Grad
　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
19 　　　　　　　　　　　　　　　　　ATTORNEY FOR THE PLAINTIFF
20
　　DATED: 10-6-10　　　　　　　　/s/ James R. Greiner
21 　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　James R. Greiner
22 　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Carlos Sanchez
23
24 ///
　　///
25 ///
26
27
28
　　　　　　　　　　　　　　　　　　　　　2

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  October 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3