**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
CARLOS LEE SANCHEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR.-S-04-205-GEB |
|---|---|
| PLAINTIFF, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS OF ALLEGED VIOLATION TO FRIDAY, APRIL 29, 2011 |
| v. | |
| CARLOS LEE SANCHEZ, | |
| DEFENDANT. | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Dan McConkie and defendant, Mr. Carlos Lee Sanchez, Jr., by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, January 28, 2011, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be continued to **Friday, April 29, 2011, at 9:00 a.m..**

The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for that date and the Court is available on **Friday, April 29, 2011.**

In addition, probation office was contacted and involved in the decision regarding the stipulation to ensure their consent to and availability for that date, and

1

1  probation officer Glenn Simon consented to the continuance and is available on that
2  date.
3       The defendant is out of custody under supervision, and consents to the
4  continuance.
5       The continuance is requested for several reasons: 1-the defense is doing on
6  going investigation; 2- the defense is continuing to review the material in this matter
7  and 3- the defendant has a State Court Trial on the very issues of the filed Petition in
8  this Court and the result of the trial in State Court will be of assistance in helping to
9  resolve this matter and by allowing the State Court trial to proceed first it will be a
10 cost savings to both the government and this Court. There is no speedy trial act
11 requirement for exclusion of time, however, the defendant does agree and consent to
12 this continuance after being informed by telephone conference of the case,
13 circumstances and his legal rights.

                              Respectfully submitted,
                              BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                              /s/ DAN McCONKIE by e mail authorization
DATED: 1-27-11
                              _____
                              DAN McCONKIE
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEY FOR THE PLAINTIFF

DATED: 1-27-11               /s/ James R. Greiner
                              _____
                              James R. Greiner
                              Attorney for Defendant
                              Carlos Sanchez

///
///
///

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  February 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge