**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
CARLOS LEE SANCHEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-04-205-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE STATUS OF |
| v. ) | ALLEGED VIOLATION TO |
| ) | FRIDAY, JULY 22, 2011 |
| CARLOS LEE SANCHEZ, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Dan McConkie and defendant, Mr. Carlos Lee Sanchez, Jr., by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, April 29, 2011, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be continued to **Friday, July 22, 2011, at 9:00 a.m..**

The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for that date and the Court is available on **Friday, July 22, 2011.**

The defendant is out of custody under supervision, and consents to the continuance.

1

The continuance is requested for several reasons: 1-the defense is doing on going investigation; 2- the defense is continuing to review the material in this matter and 3- the defendant has a State Court Trial on the very issues of the filed Petition in this Court and the result of the trial in State Court will be of assistance in helping to resolve this matter and by allowing the State Court trial to proceed first it will be a cost savings to both the government and this Court. There is no speedy trial act requirement for exclusion of time, however, the defendant does agree and consent to this continuance after being informed by telephone conference of the case, circumstances and his legal rights.

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 4-26-11

/s/ DAN McCONKIE by e mail authorization
_____
DAN McCONKIE
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 4-26-11

/s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Carlos Sanchez

///
///
///

**ORDER**

**THE MATTER IS CONTINUED.**

Dated: April 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge