UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                RE:    Carlos Lee SANCHEZ, Jr.
                Docket Number: 2:04CR00205-06
                <u>REQUEST TO DISMISS PETITION</u>

Your Honor:

On September 3, 2009, a petition was filed with the Court alleging new law violations, specifically, a violation of Section 11359 - Unlawful Possession of Marijuana for Sale, and Section 11360(a) - Transportation of Marijuana, of the California Health & Safety Code. On June 24, 2011, these charges were dismissed in Sacramento Superior Court, Case No. 09F03628.

Therefore, it is recommended that the pending petition filed on September 3, 2009, be dismissed.

                Respectfully submitted,

                /s/Scott W. Storey
                **SCOTT W. STOREY**
                **United States Probation Officer**

Dated: June 28, 2011
        Sacramento, California
        SWS/cp

**REVIEWED BY**     /s/Michael A. Sipe
                      **MICHAEL A. SIPE**
                      **Supervising United States Probation Officer**

RE:   Carlos Lee SANCHEZ, Jr.
      Docket Number:   2:04CR00205-06
      **REQUEST TO DISMISS PETITION**

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

(X)   The dismissal of Petition For Warrant Or Summons for Offender Under Supervision dated August 28, 2009, that was filed with the Court on September 3, 2009.

( )   Other: To place matter on calendar for status conference. Probation Officer to contact Court.

Dated:  July 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge


cc:   Daniel S. McConkie, Jr.
      Assistant United States Attorney

      James R. Greiner
      Defense Counsel